

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HOLLY GAIL CRAMPTON, | § | No. 08-15-00074-CV |
| Appellant, | § | Appeal from |
| v. | § | 30th District Court |
| COMMISSION FOR LAWYER DISCIPLINE, | § | of Wichita County, Texas |
| Appellee. | § | (TC # 179,451-A) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.